# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WINNER'S SUN PLASTIC & ELECTRONIC (SHENZHEN) CO. LTD., a Chinese Limited Company.<br><br>Plaintiff,<br><br>vs.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"<br>Defendants. | Case No. 2:19-cv-00980-RFB-DJA<br><br>**ORDER** |

  This matter is before the Court, *ex parte*, pursuant to Plaintiff's Motion Requesting an extension of time under Federal Rule of Civil Procedure 4. The Court, having considered the Motion and supporting Memorandum, and for the reasons set forth therein, HEREBY ORDERS that Plaintiff's REQUEST FOR EXTENSION OF TIME is GRANTED in its totality. Plaintiff shall have until December 23, 2019 to file a proof of service of summons.

IT IS SO ORDERED:

_____
Daniel J. Albregts
United States Magistrate Judge

DATED: October 2, 2019