NIHAT DENIZ BAYRAMOGLU, ESQ.
(Nevada. Bar No. 14030)
Deniz@bayramoglu-legal.com
BAYRAMOGLU LAW OFFICES LLC
1540 West Warm Springs Road, Suite 100
Henderson, Nevada 89014
Telephone: 702.462.5973
Facsimile: 702.553.3404
Attorney for *WINNER'S SUN PLASTIC & ELECTRONIC (SHENZHEN) CO. LTD*.

HAO NI (pro hac vice to be filed)
hni@nilawfirm.com
**NI, WANG & MASSAND, PLLC**
8140 Walnut Hill Lane, Suite 500
Dallas, TX 75231 Telephone: (972) 331-4600
Facsimile: (972) 314-0900

Attorneys for Defendant
ERLIGPOWHTDIRECT

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| WINNER'S SUN PLASTIC & ELECTRONIC (SHENZHEN) CO. LTD., a Chinese Limited Company,<br>     Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "B",<br>     Defendant. | Case No. 2:19-cv-00980-RFB-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |

Pursuant to Local Rules of Practice for the United States District Court for the District of Nevada L.R. 1.A 6-1, 6-2, and L.R. 7-1, Plaintiff WINNER'S SUN PLASTIC & ELECTRONIC (SHENZHEN) CO. LTD. ("Plaintiff"), and Defendant ERLIGPOWHTDIRECT ("Defendant") by and through its counsel hereby stipulate and agree to extend the time for this and only this Defendant to answer or otherwise respond to Plaintiff's Complaint by 21 days to March 5, 2020. This is the Parties' first request.

Defendant is a foreign Chinese company and its business and employees have been currently indisposed due to the coronavirus outbreak. The Parties therefore stipulate to this extension while the Parties discuss whether an early resolution is possible. Defendant shall answer or otherwise respond to Plaintiff's Complaint by March 5, 2020.

The requested extension of time is sought in good faith and not for purposes of causing any undue delay.

Dated this 11th day of February, 2020.

/s/ Nihat Deniz Bayramoglu

NIHAT DENIZ BAYRAMOGLU, ESQ.

Attorney for WINNER'S SUN PLASTIC & ELECTRONIC (SHENZHEN) CO. LTD.

Approved as to form:

/s/ Hao Ni
Hao Ni
Attorney for Defendant
ERLIGPOWHTDIRECT

STIPULATION AND ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT
2:19-CV-00980-RFB-DJA

**ORDER**

Good cause appearing, the motion is GRANTED. Defendant ERLIGPOWHTDIRECT's time to answer or otherwise respond is extended to March 5, 2020

IT IS SO ORDERED.

Date: February 14, 2020

_____
Daniel J. Albregts
United States Magistrate Judge