Richard C. Gordon, Esq.
Nevada Bar No. 9036
David E. Edelblute, Esq.
Nevada Bar No. 14049
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
rgordon@swlaw.com
dedelblute@swlaw.com

*Attorneys for Defendant OEM Tech Bargains, LLC, operating under the tradenames CamKix and Eco-Fused*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WINNER'S SUN PLASTIC & ELECTRONIC (SHENZHEN) CO. LTD., a Chines Limited Company,<br><br>Plaintiff,<br><br>vs.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "B",<br><br>Defendants. | Case No.: 2:19-cv-00980-RFB-DJA<br><br>**STIPULATION TO EXTEND DEADLINE FOR RESPONSIVE PLEADING**<br><br>**FIRST REQUEST** |

Plaintiff Winner's Sun Plastic & Electronic (Shenzhen) Co., Ltd ("Plaintiff") and Defendant OEM Tech Bargains, LLC, operating under the tradenames CamKix and Eco-Fused ("Defendant" or "CamKix") (collectively the "Parties"), have agreed to a brief extension of the current responsive pleading deadline. Accordingly, the Parties hereby submit the following stipulation to extend the responsive pleading deadline in the above captioned matter.

1. On December 22, 2021 the Court signed a stipulation and order setting aside a Final Default Judgment against Defendant CamKix only. [ECF No. 47].

2. Pursuant to the December 22, 2021 stipulation and order, Camkix was given through January 21, 2022 to file a responsive pleading in the above captioned matter. [ECF No. 47].

3. The Parties are discussing resolving this litigation as to CamKix only.

4. In order to have sufficient time to discuss resolution, the Parties agree to continue the responsive pleading deadline for CamKix up through and including February 7, 2022.

Dated: January 19, 2022

SNELL & WILMER L.L.P.

By: /s/ *Richard C. Gordon, Esq.*
    Richard C. Gordon, Esq.
    David E, Edelblute, Esq.
    3883 Howard Hughes Parkway, Ste. 1100
    Las Vegas, Nevada 89169

*Attorneys for OEM Tech Bargains, LLC dba CamKix*

Dated: January 19, 2022

BAYRAMOGLU LAW OFFICES LLC

By: /s/ *Nihat Deniz Bayramoglu, Esq.*
    Nihat Deniz Bayramoglu, Esq.
    1540 West Warm Springs Rd., Ste. 100
    Las Vegas, Nevada 89014

*Attorney for Plaintiff*

**ORDER**

IT IS SO ORDERED.

_____
RICHARD E. BOULWARE, II
United States District Court

DATED this 21st day of January, 2022.

4857-5221-5050